# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

**CASE NO.:** 1:24cr057  **DATE:** October 21, 2024

**UNITED STATES OF AMERICA**

v  **TIMES:** 11:13 - 11:34

Cameron Martinas Curry

---

**Honorable:** Brian K. Epps, United States Magistrate Judge  **Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR  **Interpreter:**

**Probation Officer:** Justin Brownlee  **Security:** USMS Parlow; CSO Reeves

---

**Attorney for Government:** Patricia Rhodes

**Attorney for Defendant(s):** Grant Usry

---

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [✓] Defendant advised of rights
- [✓] CJA counsel appointed
- [✓] Defendant advised of charges and penalties
- [✓] Not guilty plea entered
- [✓] Pretrial motions due within 60 days
- [✓] Government Expert Disclosures due within 30 days
- [✓] Defense Expert Disclosures due within 60 days

[✓] Rule 5/Brady materials reviewed

- [✓] Government moves for detention:
  - [✓] Defendant waives detention hearing at this time
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held
    - [ ] Witness for Gov't:   [ ] Witness Sworn
    - [ ] Witness for Def:     [ ] Witness Sworn
- [✓] Defendant detained pending trial
- [✓] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

Notes: